**DISMISS and Opinion Filed February 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00886-CV

### IN THE INTEREST OF N.J., A CHILD

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-12-20952-S**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

In a postcard notice dated September 11, 2013, the Court informed appellant that his brief was past due. We instructed appellant to file a brief along with an extension motion within ten days. We cautioned appellant that his appeal would be dismissed if he failed to file a brief and extension motion within the time requested. As of today's date, appellant has not filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

130886F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF N.J., A CHILD

No. 05-13-00886-CV

On Appeal from the 255th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DF-12-20952-S.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, OFFICE OF ATTORNEY GENERAL, recover its costs of this appeal from appellant, JOB JACOBS.

Judgment entered February 7, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE